IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00250-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     MIGUEL R. HERNANDEZ,

      Defendant.

_____

**ORDER AND NOTICE OF CHANGE OF PLEA HEARING**
_____

     THIS MATTER comes before the Court following the filing of a Notice of Disposition

**(#14)** on June 30, 2008, by Defendant. The Court construes this Notice as a motion to change

his/her plea and to have the Court consider the terms of the parties' plea agreement.

     **IT IS THEREFORE ORDERED** that:

1.     Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled

     pending determination of those matters.

2.     A Change of Plea hearing is set for **October 14, 2008,** at **10:45 a.m.** in the United

     States District Court for the District of Colorado, Courtroom A901, Alfred A.

     Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

3.     The motion hearing set for July 15, 2008, the final trial preparation conference set

     for July 17, 2008, and the July 21, 2008, trial date are **VACATED**.

---

[1] In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*

Dated this 30th day of June, 2008.

BY THE COURT:

Marcia S. Krieger
United States District Judge