IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00250-MSK
(Civil Action No. 10-cv-00781-MSK)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MIGUEL R. HERNANDEZ,

    Defendant.

_____

## JUDGMENT
_____

    Pursuant to and in accordance with the "Opinion and Order Denying Motion to Vacate Sentence" entered by the Honorable Marcia S. Krieger on November 4, 2010, the following Judgment is hereby entered:

    It is ORDERED that Defendant Limon's Motion filed under 28 U.S.C. § 2255 is DENIED and a Certificate of Appealability is DENIED.

    Dated at Denver, Colorado this   4th   day of November, 2010.

                                FOR THE COURT:

                                GREGORY C. LANGHAM, CLERK

                                By: s/ Edward P. Butler
                                    Edward P. Butler, Deputy Clerk